LEVIN, KRONENBERG & COMPANY, appellant, v. HARBOR VIEW CONSTRUCTION COMPANY and The Ætna Accident & Liability Company, respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

David LEVITTMAN, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order of the County Court of Kings County reversed and new trial ordered, costs to abide the event, on the ground that the verdict is contrary to the evidence. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Sarah LEVITTMAN, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order of the County Court of Kings County reversed and new trial ordered, costs to abide the event, on the ground that the verdict is contrary to the evidence. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Morris LIEBERMAN, as administrator of the goods, chattels and credits of Abraham Lieberman, deceased, respt., v. Amos C. VAN GAASBECK and John F. Nash, individually, and Amos C. Van Gaasbeck and John F. Nash, as executors and trustees under the last will and testament of Alexander B. Van Gaasbeck, deceased; Frederick F. Proctor, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Judgment and order unanimously affirmed, with costs.

Harry LIFSCHUTZ, an infant, by Louis Lifschutz, his guardian ad litem, respondent, v. Benjamin DRAMEN, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order modified so as to impose, as a condition of granting the amendment, the payment by plaintiff of costs to date and $10 costs of motion, and as so modified affirmed, without costs. See Rosenberg v. Feiering, 124 App. Div. 522, 108 N. Y. Supp. 941. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

David N. LIGHTFOOT and ano., Applts., v. Samuel MEYER et al., impld. with Samuel Goldstein, Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Mary A. LINE, applt., v. Lester B. MARKHAM and one, respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur.

Elizabeth A. LINTZ, as admx., etc., respt., v. EMPIRE EQUIPMENT CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event, Held: Under the charge of the court the jury may have found that the plaintiff was not the widow of the deceased, and if so, there is no basis for the verdict because the evidence does not show who are his next of kin. All concur.

Adelaide LISENA, as administratrix, etc., of Raffaele Lisena, deceased, respondent, v. JAMES A. STEVENSON COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Estate of Catherine M. LOCKWOOD, an incompetent person. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Order affirmed with costs. All concur.

William J. LOGAN and Frank J. Logan, appellants, v. NEW AMSTERDAM GAS COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Interlocutory judgment affirmed, with costs. No opinion. Carr, Mills, Rich, and Putnam, JJ., concur. Jenks, P. J., not voting.

In the Matter of the Estate of Alfred LONSDALE, deceased. In re Petition of Eugene C. WORDEN, as Ancillary Administrator, etc., respondent. The People of the State of New York and others, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Decree of the Surrogate's Court of Richmond County affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Rich, JJ., concur.

Robert LOONEY, Respondent, v. Charles E. QUINCEY and another, impleaded, Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

L. TANNENBAUM STRAUSS & CO. v. Edna WILSON et al. (Supreme Court, Appellate Division. First Department. December 24, 1915.) Motion denied, with $10 costs. Order filed.

Bridget LYNCH as administratrix, appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Dennis E. LYNCH and one, respondents, v. NEW YORK CENTRAL AND HUDSON RIVER R. CO., appellants. (Supreme Court, Appellate Division, Fourth Department.